***E-FILED - 8/13/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TEODORO SIERRA, | ) | No. C 07-0175 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition as untimely pursuant to 28 U.S.C. § 2244(d)(1). A judgment of dismissal with prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/12/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.06\Sierra175jud              1